IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH L. HULSEBUS, | ) | 8:14CV366 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DONALD W. KLEINE, Douglas | ) | |
| county attorney, ROGER | ) | |
| MORRISSEY, Douglas county tax | ) | |
| assessor, JOHN W. EWING JR., | ) | |
| Douglas county treasurer, DIANE | ) | |
| BATTIATO, Register of Deeds, TIM | ) | |
| DUNNING, Douglas Sheriff, JON | ) | |
| BRUNING, Nebraska Attorney | ) | |
| General, and GERALD MORAN, | ) | |
| Douglas county judge, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On February 17, 2015, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed as untimely under the applicable statute of limitations. The court warned Plaintiff that, absent a showing of good cause, this case would be dismissed with prejudice and without further notice.

Plaintiff filed an Amended Complaint (Filing No. 8) on March 2, 2015, in which Plaintiff did not the address the timeliness issues raised in the court's February 17 order.

IT IS THEREFORE ORDERED that: For the reasons set forth in the court's order dated February 17, 2015, this case is dismissed with prejudice because it is

untimely under the applicable statute of limitations.  The court will enter a separate judgment in accordance with this order.

DATED this 15th day of April, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.